UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| SHILA EATON and JAKE EATON, | |
|---|---|
| Plaintiffs, | Case No. C08-5538FDB |
| v. | ORDER FINDING MOTION TO INTERVENE TO BE MOOT |
| MICHAEL MAIL and FRANCENE MAIL, | |
| Defendants. | |

The Quinault Indian Nation moved to intervene subsequent to the Eatons' Motion for a Protective Order. The Eaton's Motion for a Protective Order has been denied and this cause of action dismissed for failure to exhaust Quinault Tribal Court remedies. The Quinault Indian Nation's motion to intervene, therefore, has been rendered moot. ACCORDINGLY,

IT IS ORDERED: The Court finds the Quinault Indian Nation's Motion to Intervene [Dkt. # 8] to be MOOT.

DATED this 7th day of October 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1