# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHILA EATON and JAKE EATON,

       PLAINTIFFS

          v.

MICHAEL and FRANCINE MAIL,

       DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5538FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs' Motion for a Protective Order [Dkt. # 5], construed as a motion for injunctive relief to maintain the status quo, is DENIED, and this cause of action is DISMISSED for failure to exhaust Quinault Tribal Court remedies.

October 8, 2008                                    BRUCE RIFKIN
                                                                     Clerk

                                                                  /s/ Pat LeFrois
                                                                    Deputy Clerk