UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHILA EATON and JAKE EATON,

        Plaintiffs,

      v.

MICHAEL and FRANCINE MAIL,

        Defendants.

Case No. C08-5538FDB

ORDER DENYING
RECONSIDERATION

By order of October 7, 2008, this Court denied Plaintiffs' motion for a protective order and dismissed this cause of action, concluding that the Eatons must exhaust their remedies in Quinault Tribal Court. Plaintiffs now move for reconsideration, citing distinguishing facts in this case from *Boozer v. Wilder*, 381 F.3d 931 (9th Cir. 2004).

The Court is not convinced that it should reconsider its Order, however.

NOW, THEREFORE, IT IS ORDERED: Eatons' Motion for Reconsideration [Dkt. # 25] is DENIED.

DATED this 22nd day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1